**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**CIVIL MINUTES**

**Case No.:** CV 05-1488-PA                                      **Date of Proceeding:** 2/28/06

**Case Title:** Charles Lee Best v Robert Lampert

**Presiding Judge:** Owen M. Panner                  **Courtroom Deputy:** Deborah DesJardins

**Reporter:** None                                                                        **Tape No:**

**DOCKET ENTRY:**

Record of Order: Granting Joint Motion (#9) to Deem Petition Voluntarily Dismissed and Refiled as of September 30, 2005. Answer to the petition shall be due by May 1, 2006.

**PLAINTIFF'S COUNSEL**                    **DEFENDANT'S COUNSEL**

**DOCUMENT NO:**
cc:   { } All counsel                                                                         **CIVIL MINUTES**

**Civil Minutes**                                                              **Honorable Owen M. Panner**